Kolin C. Tang (SBN 279834)
(ktang@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 429-5272
Facsimile: (866) 300-7367

(Additional Counsel on Signature Page)

*Attorneys for Plaintiff, Kenneth Sciacca,*
*Individually and on Behalf of Himself and*
*All Others Similarly Situated*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH SCIACCA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC,<br><br>Defendant. | Case No. 5:18-cv-3312-LHK<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

NOTICE IS HEREBY GIVEN BY Plaintiff, Kenneth Sciacca, through his undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).  There is no settlement and no payment to Plaintiff or his counsel.

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCURE 41(1)

| | |
|---|---|
| Dated: February 25, 2019 | Respectfully submitted, |

By: */s/ Kolin C. Tang*
Kolin C. Tang (SBN 279834)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
ktang@sfmslaw.com

James C. Shah
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
475 White Horse Pike
Collingswood, NJ 08107
Telephone: (856) 858-1770
Facsimile: (866) 300-7367
jshah@sfmslaw.com

John F. Edgar
Brendan M. McNeal
EDGAR LAW FIRM LLC
1032 Pennsylvania Ave.
Kansas City, MO 64105
Telephone: (816) 531-0033
Facsimile: (816) 531-3322
jfe@edgarlawfirm.com
bmm@edgarlawfirm.com

*Attorneys for Plaintiff Individually and on Behalf of Himself and All Others Similarly Situated*